# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1048.  SYVONIA ARMSTRONG v. THE STATE.

Syvonia Armstrong pleaded guilty to several offenses, and the trial court entered its judgment on November 12, 2019.  On December 13, 2019, Armstrong filed a notice of appeal.  We lack jurisdiction because the notice of appeal was untimely.

Pursuant to OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of entry of the order on appeal.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Armstrong filed her notice of appeal 31 days after entry of the order she seeks to appeal.  Her appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/05/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*